UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| _____ ) | |
| PAUL CIMINO ) | |
| ) | Case Number: 09-567 |
| Plaintiff ) | |
| ) | CIVIL COMPLAINT |
| vs. ) | |
| ) | |
| MARAUDER CORPORATION d/b/a ) | JURY TRIAL DEMANDED |
| COLLECTION PROFESSIONAL ) | |
| SERVICES a/k/a CPS ) | |
| Defendant ) | |
| _____ ) | |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, PAUL CIMINO, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, without prejudice.

        BY: /s/ Bruce K. Warren
            Bruce K. Warren, Esquire
            Attorney for Plaintiff
            Attorney I.D. #89677
            Warren & Vullings, LLP
            1603 Rhawn Street
            Philadelphia, PA  19111
            215-745-9800